UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                    **JS-6**

| Case No. | **CV 24-8113-AH(AJRx)** | Date | JANUARY 21, 2025 |
|---|---|---|---|

| Title | Keir Milan et al v. West Coast Life Insurance Company et al |
|---|---|

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

None Present                                    None Present

**Proceedings:**    ___In Court    __X__ **In Chambers**    __X__ **Counsel Notified**


The case is ordered closed pursuant to the Notice of dismissal filed on January 21, 2025 [15]. All pending hearings and motions are now taken off calendar and vacated.


Please ENTER JS-6.


IT IS SO ORDERED.

cc: all parties


CV-90 (12/02)    **CIVIL MINUTES - GENERAL**                    Initials of Deputy Clerk YS